# United States Court of Appeals for the Federal Circuit

_____

**PRIMESOURCE BUILDING PRODUCTS, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, GINA M. RAIMONDO, SECRETARY OF COMMERCE, CHRISTOPHER MAGNUS, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, UNITED STATES CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF COMMERCE,**
*Defendants-Appellants*

_____

2021-2066

_____

Appeal from the United States Court of International Trade in No. 1:20-cv-00032-TCS-JCG-MMB, Senior Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves, Judge M. Miller Baker.

-------------------------------------------------

**OMAN FASTENERS, LLC, HUTTIG BUILDING PRODUCTS, INC., HUTTIG, INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, CHRISTOPHER MAGNUS, COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF COMMERCE, GINA M. RAIMONDO, SECRETARY OF COMMERCE,**
*Defendants-Appellants*

———————

2021-2252

———————

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00037-TCS-JCG-MMB, 1:20-cv-00045-TCS-JCG-MMB, Senior Judge Timothy C. Stanceu, Judge Jennifer Choe-Groves, Judge M. Miller Baker.

———————

**JUDGMENT**

———————

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

                                FOR THE COURT

February 7, 2023        /s/ Peter R. Marksteiner
    Date                  Peter R. Marksteiner
                       Clerk of Court